### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODERICK HICHMAN AND** | * | **CIVIL ACTION: 08-3653** |
| **RONALD SMITH** | * | |
| **Plaintiffs,** | * | **JUDGE ENGELHARDT** |
| **VERSUS** | * | **SECTION "N"** |
| **DUNCAN MCCLEAN, ET AL** | * | **MAGISTRATE JUDGE "5"** |
| | * | **MAGISTRATE CHASEZ** |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiff, Ronald Smith, appearing through undersigned counsel, respectfully moves this Honorable Court to withdraw attorneys James A. Hatch and Jeffrey Samuel Berkowitz of the law firm of Hatch & Berkowitz, as counsel of record for Ronald Smith and substitute in their place Stephen M. Chouest of the law firm of Stephen M. Chouest and Associates, APLC, as Ronald Smith's counsel of record in this proceeding.

Respectfully Submitted,

### The Chouest Law Firm

\_\_/s/ Stephen M. Chouest_____
STEPHEN M. CHOUEST AND ASSOCIATES, APLC
STEPHEN M. CHOUEST, ESQ. (Bar No. 4090)
4732 Utica Street, Suite 100
Metairie, Louisiana 70006
(504) 455-1200;  Fax (504) 455-1252
law@metairie.com
ATTORNEY FOR PLAINTIFF RONALD SMITH

## **C E R T I F I C A T E**

I hereby certify that on December 10, 2008, I electronically filed the foregoing Motion by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no non-CM/ECF participants in this case.

/s/ Stephen M. Chouest