UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODERICK HICKMAN, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-3653 |
| DUNCAN MCLEAN, ET AL | SECTION "N" (5) |

### ORDER

Before the Court is Plaintiffs' **Motion for Appeal of Magistrate Judge Decision (Rec. Doc. 32)**, appealing the Magistrate's Order granting in part and denying in part Plaintiffs' motion for leave to amend. Pursuant to 28 U.S.C. § 636(b)(1)(A), a "judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." In applying the "clearly erroneous" standard, a district court shall affirm the decision of the Magistrate Judge unless, based on all the evidence, the Court is left with a definite and firm conviction that the magistrate judge made a mistake. *See Moody v. Callon Petroleum Operating Co.*, 37 F. Supp. 2d 805, 807 (E.D. La. 1999). No such showing has been made in this case. Accordingly the motion is **DENIED**.

New Orleans, Louisiana, this 22nd day of April, 2009.

**KURT D. ENGELHARDT**
**United States District Judge**

1