UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD HICHMAN, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-3653 |
| DUNCAN MCCLEAN, ET AL | SECTION "N" (5) |

## ORDER AND REASONS

Before the Court is the **Motion to Stay Pending Appeal (Rec. Doc. 43)**. Plaintiffs move for a stay pending his appeal of the Court's Order of April 22, 2009 (Rec. Doc. 42), denying his appeal of the Magistrate's order denying in part his motion to amend the complaint. The instant motion to stay is opposed by Defendants. A court's authority includes the "general discretionary power to stay proceedings before it in the control of its docket and in the interests of justice." *McKnight v. Blanchard*, 667 F.2d 477, 479 (5th Cir. 1982); *Bugay v. McCain*, 2008 WL 2782869 at *1 (E.D. La. 2008). In the instant case, however, Plaintiffs have not shown that the Order in question is an appealable interlocutory order. *See, e.g.*, *Solar Turbines v. Ship-Side Crating Co.*, 96 F.3d 1444, 1444 (5th Cir. 1996) ("Denial of leave to amend a complaint is not an appealable interlocutory order under 28 U.S.C. § 1292(a)(3) because it does not determine a litigant's rights or liabilities.") (unpublished). Having failed to show that the interests of justice require a stay in this instance, the motion is accordingly **DENIED**.[1]

New Orleans, Louisiana, this 20th day of May, 2009.

KURT D. ENGELHARDT
United States District Judge

---

[1] Since filing this motion, Plaintiffs filed a motion to certify the April 22 Order as interlocutory. *See* Rec. Doc. 54. The present Order applies only to the motion to stay and does not prejudice the Court's consideration of the Motion for Certificate of Appealability.