UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODERICK HICKMAN AND RONALD SMITH | * * | CIVIL ACTION: 08-3653 |
| Plaintiffs, | * * | JUDGE ENGELHARDT |
| VERSUS | * * | SECTION "N-5 " |
| DUNCAN MCCLEAN, ET AL Defendants | * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DEPOSIT SETTLEMENT FUNDS INTO**
**THE REGISTRY OF THE COURT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Robin and Ronald Smith, ("the Smiths") who respectfully aver:

1.

The captioned case has been settled and the settlement check and closing documents have been forwarded by defense counsel and received by undersigned counsel.

2.

There are several disputed claims to the proceeds of this settlement, including but not limited to attorney's fees for previous counsel, medical liens, and loans guaranteed out of the settlement proceeds.

3.

The disputed claims to the settlement proceeds are to be resolved through the Louisiana State Bar Association Lawyer Fee Dispute Resolution Program. It is presently unknown how long the arbitration is expected to take to resolve these disputes. Therefore, the Smiths desired to deposit their gross settlement proceeds into the registry of this Court, in an interest-bearing account pending the arbitration award, through the Louisiana State Bar Association Lawyer Fee Dispute Resolution Program.

4.

The Smiths' counsel avers that he has discussed the filing of this motion with defense counsel, Claude David Vasser, Jr., who has no objection to the relief requested.

WHEREFORE, Robin and Ronald Smith, pray that the relief requested herein be granted, and that he may deposit the settlement funds into the registry of this Court in an interest-bearing account, and that no funds shall be removed therefrom unless there has been an order from the Court to allow such disbursements.

Respectfully Submitted,

### The Chouest Law Firm

　　/s/ *Stephen M. Chouest*
STEPHEN M. CHOUEST & ASSOCIATES APLC
STEPHEN M. CHOUEST, ESQ. (Bar No. 4090)
4732 Utica Street, Suite 100
Metairie, Louisiana 70006
(504) 455-1200;  Fax (504) 455-1252
law@metairie.com
Attorney for Robin Smith, wife of Ronald Smith, individually, and on behalf of their minor daughter, Ronneka McKnight

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that on August 7, 2009, I electronically filed the foregoing Motion to Deposit Settlement Funds into the Registry of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no non-CM/ECF participants in this case.

*/s/ Stephen M. Chouest*
