UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODERICK HICKMAN AND RONALD SMITH | * * | CIVIL ACTION: 08-3653 |
| Plaintiffs, | * * | JUDGE ENGELHARDT |
| VERSUS | * * | SECTION "N-5 " |
| DUNCAN MCCLEAN, ET AL Defendants | * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs Ronald Smith and Robin Smith, Individually and on behalf of their minor daughter, Ronneka Mcknight, and respectfully aver that all of their claims against Duncan McLean, Schneider National Carriers, Inc., and Liberty Mutual Insurance Company in this action have been compromised and settled in full, and that said suit should therefore be dismissed, with prejudice, and each party to bear its own costs.  Further, pursuant to plaintiffs' Motion to Deposit Funds herein (Rec. Doc. 81), the Smiths request that the docket remain administratively open pending the Smiths' arbitration through the Louisiana State Bar Association Lawyer Fee Dispute Resolution Program, and until such time that all funds be withdrawn from the Registry of the Court.

Respectfully Submitted,

### The Chouest Law Firm

　/s/ *Stephen M. Chouest*
STEPHEN M. CHOUEST & ASSOCIATES APLC
STEPHEN M. CHOUEST, ESQ. (Bar No. 4090)
4732 Utica Street, Suite 100
Metairie, Louisiana 70006
(504) 455-1200; Fax (504) 455-1252
law@metairie.com
Attorney for Robin Smith, wife of Ronald Smith, individually, and on behalf of their minor daughter, Ronneka McKnight

### C E R T I F I C A T E OF SERVICE

　　I hereby certify that on August 11, 2009, I electronically filed the foregoing Motion to Dismiss by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no non-CM/ECF participants in this case.

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen M. Chouest*