UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODERICK HICKMAN AND RONALD SMITH | * * | CIVIL ACTION: 08-3653 |
| Plaintiffs, | * * | JUDGE ENGELHARDT |
| VERSUS | * * | SECTION "N-5 " |
| DUNCAN MCCLEAN, ET AL Defendants | * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **FINAL ACCOUNTING AND MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Ronald Smith and Robin Smith, Individually and on behalf of their minor daughter, Ronneka Mcknight, and respectfully aver that :

On August 15, 2009, this Court granted plaintiffs' Motion to Deposit Settlement Funds into the Registry of the Court (Rec. Doc. 85), which permitted the Smiths to deposit their gross settlement proceeds in the amount of $250,000 into the Court's Registry, pending the further Order of this Court.

From the gross sums deposited the Court's Registry, movers previously withdrew and disbursed the total sum of $31,450.00 to Ronald Smith's medical providers pursuant to this Court's Order of December 18, 2009  (Rec. Doc. 87), leaving a remaining balance in the registry account herein.

On January 26, 2010 (Rec. Doc. 92), the court granted plaintiffs' Motion to Withdraw the Remaining Funds from the Registry of the Court and directed plaintiffs to

certify the final distribution to the Court, and to file a final Motion of Dismissal herein after the funds have been distributed.

Plaintiffs, through undersigned counsel, have now disbursed and distributed all the funds as indicated below, and are therefore filing this final Motion of Dismissal.

### ACCOUNTING/RECAPITULATION OF DISBURSED FUNDS

I hereby certify that the following payees have been paid the following amounts as previously authorized by the orders of this court, and that I have obtained written documentation from each payee, that the sum has been accepted as payment in full on the plaintiffs' account::

|    | Payee | Amount |
|----|-------|--------|
| 1. | Ochsner Medical Center | $22,950.00 |
| 2. | Stand Up & Open MRI | $ 2,900.00 |
| 3. | Dr. Michael Haydel | $ 3,500.00 |
| 4. | Dr. Timothy Kern | $ 1,700.00 |
| 5. | David Rosenfeld, M.D. | $   400.00 |
| 6. | James A. Hatch, Attorney | $36,525.31 |
| 7. | Luckmore Finance Corporation | $31,000.00 |
| 8. | Diagnostic Management Affiliates | $20,383.15 |
| 9. | Eagle Finance, Inc. | $ 3,750.00 |

The remaining balance paid by a check to Robin and Ronald Smith and attorney, Stephen Chouest in the amount of $127,376.03 was first deposited into trust and later distributed, thereby resolving all monetary and financial matters herein. Therefore, it is appropriate to enter the final dismissal in this matter at this time.

Respectfully Submitted,

**The Chouest Law Firm**

  /s/ *Stephen M. Chouest*
STEPHEN M. CHOUEST & ASSOCIATES APLC
STEPHEN M. CHOUEST, ESQ. (Bar No. 4090)

>4732 Utica Street, Suite 100
>Metairie, Louisiana  70006
>(504)  455-1200;  Fax (504) 455-1252
>law@metairie.com
>Attorney for movers/plaintiffs

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that on March 11, 2010, I electronically filed the foregoing Motion to Dismiss by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  I further certify that there are no non-CM/ECF participants in this case.

>*/s/ Stephen M. Chouest*